IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

NORTHERN NATURAL GAS CO.,

    *Plaintiff,*

vs.

TRANS PACIFIC OIL CORP., et al.,      Case No. 02-1418

    *Defendants,*

vs.

SONDRA BOYD, et al.,

    *Third-Party Defendants.*

ORDER ESTABLISHING SCHEDULE
FOR ATTORNEYS FEES PROCEEDINGS

This matter is now before the Court on defendants and third-party defendants' Revised Motion to Establish Schedule for Attorneys Fees Proceedings (Doc. No. 229). Based on the representations made in that motion, and on the Court's understanding that plaintiff does not object to that motion or to its proposed schedule, the Court grants that motion, and establishes the following schedule for attorneys fees proceedings herein:

1. Defendants and third-party defendants will have until December 7, 2007, to compile a preliminary request for fees and expenses, to file that request with the Court, and to provide that request and detailed supporting documentation to plaintiff.

1

2. Plaintiff will have until January 9, 2008, to evaluate the materials provided and to consult with defendants and third-party defendants as to the amount of an appropriate award of fees and expenses.

3. If defendants and third-party defendants can agree with plaintiff on an appropriate award of fees and expenses, they will file an appropriate stipulation and request for order on or before January 11, 2008. If not, defendants and third-party defendants will on or before January 11, 2008, file a Statement of Consultation as provided in D.Kan. R. 54.2, and propose a schedule for further briefing.

IT IS SO ORDERED this 12th day of December, 2007.

     /s/ J. Thomas Marten
J. THOMAS MARTEN, JUDGE